# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| CRAIG PRICE, II, | ) | CIVIL ACTION NO. 4:21-CV-03683 |
| | ) | |
| Plaintiff, | ) | JUDGE ALFRED H. BENNETT |
| | ) | |
| v. | ) | |
| | ) | |
| VALVOLINE, LLC | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF CRAIG PRICE, II'S NOTICE OF APPEAL

Now comes the Plaintiff, Craig Price, II, by and through undersigned counsel, and hereby respectfully gives notice that he is appealing the Court's March 3, 2023 Order (ECF No. 35) granting Defendant Valvoline, LLC summary judgment. Price is appealing to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

/s/ Melissa B. Carr
Melissa B. Carr (Texas Bar No. 24065008)
S.D. Tex. Federal ID No. 3667785
DuBois, Bryant & Campbell, LLP
303 Colorado Street, Suite 2300
Austin, Texas 78701
Phone: (512) 457-8000
Fax: (512) 457-8008
Email: mcarr@dbcllp.com

and

Lewis A. Zipkin
Kevin M. Gross
Zipkin Whiting Law Offices
3637 Green Rd
Beachwood, Ohio 44122
Email: lawsmatter2@gmail.com
Email: kgross@zipkinwhiting.com

*Counsel for Plaintiff Craig Price, II*

3808296.v1

## CERTIFICATE OF SERVICE

    I hereby certify that on March 31, 2023, I caused the foregoing Notice of Appeal to be electronically filed with the Court through its CM/ECF system that will send electronic notice to all counsel of record as listed below:

Jeremy W. Hawpe, Esq.
LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500, Lock Box 116
Dallas, TX 75201
Email: jhawpe@littler.com
*Counsel for Defendant Valvoline, LLC*

                                                 */s/ Melissa B. Carr*
                                                 Melissa B. Carr (Texas Bar No. 24065008)
                                                 S.D. Tex. Federal ID No. 3667785